UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY LESLIE,<br><br>    Plaintiff,<br><br>    v.<br><br>STUDIO MOVIE GRILL HOLDINGS LLC,<br><br>    Defendant. | No. 2:25-cv-01915-DAD-SCR<br><br>ORDER TO SHOW CAUSE |

On July 8, 2025, plaintiff filed a complaint initiating this action. (Doc. No. 1.) A summons was issued on the same day. (Doc. No. 2.) The deadline to effectuate service of process on the defendant in this action in compliance with Federal Rules of Civil Procedure was October 6, 2025. However, to date, plaintiff has failed to file any proof of service of the summons and complaint. Plaintiff has also failed to file a request for extension of time to effectuate service of process on defendant. Additionally, plaintiff has failed to file an initial scheduling report by October 27, 2025 as directed in the court's order setting an initial scheduling conference for November 10, 2025. (Doc. No. 3 at 2.)

Rule 4(m) of the Federal Rules of Civil Procedure provides the time limit for service, stating that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice

1

against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

In light of plaintiff's failure to comply with Federal Rule of Civil Procedure 4(m) and the court's orders, **plaintiff is ordered to show cause within fourteen (14) days** from the date of entry of this order why this action should not be dismissed due to plaintiff's failure to comply with court orders and failure to serve defendant in compliance with Rule 4(m) of the Federal Rules of Civil Procedure. Alternatively, within fourteen (14) days from the date of entry of this order, plaintiff may file a notice of voluntary dismissal pursuant to Rule 41. Additionally, in light of plaintiff's failure to file an initial scheduling report, the court will vacate the initial scheduling conference currently set for November 10, 2025, and reset the initial scheduling conference for January 26, 2026.

Plaintiff is forewarned that failure to comply with this order will result in this action being dismissed due to plaintiff's failure to comply with court orders and with Rule 4.

IT IS SO ORDERED.

Dated: **October 29, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE